IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| **IAN MACLEOD,** | |
| **Plaintiff,** | |
| v. | Case No. 1:19-CV-00683 |
| **MIDAMERICAN ENERGY SERVICES, LLC,** | Hon. Judge Charles R. Norgle |
| **Defendant.** | |

**PLAINTIFF'S DISCLOSURE PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 26(a)**

Plaintiff, IAN MACLEOD, by and through his attorneys, LANGONE, JOHNSON & CASSIDY, LLC., for his initial disclosures pursuant to Federal Rule of Civil Procedure 26(a) of the Federal Rules of Civil Procedure, states as follows:

**_Initial Disclosures - FRCP 26(a)(1)_**

**26(a)(1)(A)(i) The name and,** if **known, the address and telephone number of each individual likely to have discoverable information-along with the subjects of that information-that the disclosing party may use to support its claims or defenses, unless the use would be solely for impeachment.**

> Ian Macleod
> c/o Langone, Johnson & Cassidy LLC
> 17 N. Wabash Avenue
> Suite 500
> Chicago, IL 60602

As the plaintiff in this matter, Ian Macleod, is expected to testify about the allegations in the complaint, the damages that they allegedly incurred as a result of the incident described in the complaint, his alleged interactions with any witnesses prior to, on the date of the incident or the dates subsequent to the incident described in the complaint, Defendant's actions and negligence on the dates prior to and the date of the incident in

**EXHIBIT A**

question, and any other information obtained during the course of discovery in this matter.

Following is a list of individuals who may have discoverable information relevant to disputed facts alleged with particularity in the pleadings.

| Witnesses: | Subject of Information (as provide by Plaintiff): |
|---|---|
| Ian Macleod – Account Executive | Plaintiff will testify to all that is alleged in the complaint. Plaintiff can testify to the promises and representations made to him by Defendant and Mr. White. Plaintiff can testify to the discrimination he was subjected to and the subsequent damages. |
| Rochelle Gobetz- Account Executive | Ms. Gobetz can attest to Plaintiff's punctuality, work ethic and over all professionalism. |
| David White- Regional Manager | Mr. White has knowledge of the hiring, employment, management, and termination of plaintiff while he was under his supervision. |
| Burt Shore- HR Manager | All relevant HR records in relation to the hiring, employment and performance and termination of employees for Defendant at this location. |
| Andrew Spencer- Account Executive | Mr. Spencer held the same position as plaintiff and was treated more preferably, was present for several meetings and interactions within the office and worked under David White. |
| Kevin Fukamoto- Account Executive | Mr. Fukamoto held the same position as plaintiff and was treated more preferably, was present for several meetings and interactions within the office and worked under David White. |
| Randy Marzen- Regional Director (David White's boss) | Mr. Marzen has knowledge of the hiring, employment, management, and termination of plaintiff. |
| Scott Ebling- Project Manager | Worked in the same office as Plaintiff and is aware of the culture and practices within the office. Reported to David White. |

**EXHIBIT A**

Investigation continues. This Plaintiff reserves the right to supplement these disclosures based upon information derived from other discovery, and expressly incorporate herein by reference all additional witnesses disclosed in the Defendants' Rule 26 Disclosures. Plaintiff further discloses as possible witnesses all of the individuals listed in any report or document produced by either party in this matter.

**26(a)(l)(A)(ii) A copy or a description by category and location of all documents, electronically stored information, and tangible things that the disclosing party has in its possession, custody, or control and may use to support its claims or defenses, unless the use would be solely for impeachment.**

Plaintiff is in possession of emails and phone records relevant to allegations per the complaint documenting his correspondences with the Defendant.

Plaintiff is in possession of ESI documents (emails and phone records) which will be produced in accordance with discovery production requests from Defendant.

Investigation continues. Plaintiffs' reserve the right to amend and supplement each of these initial disclosures as additional facts become known through investigation, discovery or otherwise.

**26(a)(l)(A)(iii) A computation of each category of damages claimed by the disclosing party who must also make available for inspection and copying as under Rule 34 the documents or other evidentiary material, unless privileged or protected from disclosure, on which each computation is based, including material bearing on the nature and extent of injuries suffered.**

Plaintiff was promised a contractual salary for his first year with defendant at $70,000.00 with quarterly commissions of $3,000.00 per quarter. Plaintiff would have made approximately $86,000.00. Plaintiff was out of work for 10 months following his termination. Plaintiff's lost wages for those 10 months are approximately $67,333.33. Plaintiff is currently earning $30,000.00 less at his current job. Plaintiff has lost bonuses, fringe benefits, and benefits. Plaintiff will be seeking these damages as well as attorney's fees in an amount to determine at trial.

**EXHIBIT A**

Investigation continues. Plaintiffs' reserve the right to amend and supplement each of these initial disclosures as additional facts become known through investigation, discovery or otherwise.

Respectfully Submitted,

/s/Christopher V. Langone
One of Plaintiff's Attorney's

Christopher V. Langone
LANGONE, JOHNSON & CASSIDY LLC
17 N Wabash Ave. Suite. 500
Chicago, IL 60025
(312) 761-3330
Chris@ljclegal.com

**EXHIBIT A**

## **CERTIFICATE OF SERVICE**

I, Christopher V. Langone, certify that I caused PLAINTIFF'S DISCLOSURE PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 26(a) to be served upon Counsel for Defendant, Ben Nellans, via e-mail to bnellans@smsm.com and Joseph L Kish at jkish@smsm.com on July 16th, 2019 before 5pm.

          Respectfully Submitted,
          /s/ Christopher V. Langone

Langone, Johnson & Cassidy, LLC
17 N. Wabash, Ste. 500
Chicago, IL 60601
Tel: (312) 761-3330
Fax: (312) 277-7301
Chris@ljclegal.com

**EXHIBIT A**