IN THE UNITED STATES DISTRICT
COURT FOR THE NORTHERN DISTRICT
OF ILLINOIS EASTERN DIVISION

| | |
|---|---|
| IAN MACLEOD,<br><br>Plaintiff,<br><br>v.<br><br>MIDAMERICAN ENERGY SERVICES, LLC,<br><br>Defendant. | Case No. 1:19-cv-00683<br><br>Judge Charles R. Norgle |

## ORDER

Defendant's motion to compel [32] is granted.

Defendant's motion requests information involving Plaintiff's post-termination job search and any psychological or psychiatric treatment Plaintiff has received. In their joint status report filed December 29, 2020, the parties stated, "Plaintiff has agreed to stipulate that he is not asserting any claims for damages for mental or emotion distress . . . and to provide documents related to Plaintiff's employment search in the next 30 days." Dkt. 38 at 1. Defendant agreed to "withdraw its motion to compel" if Plaintiff "produced these documents and an executed stipulation in the next 30 days." Id. On February 1, 2021, in their joint motion to continue the final pretrial date, the parties stated, "Pending the execution of a stipulation between the parties, written discovery was just completed." Dkt. 39 at 1.

However, no stipulation has been filed on the record, and the motion appears meritorious. Accordingly, Defendant's motion to compel [32] is granted.

IT IS SO ORDERED.

ENTER:

_____
CHARLES RONALD NORGLE, Judge
United States District Court

DATE: June 21, 2021

1