# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.7.1.1
### Eastern Division

Ian Macleod

                Plaintiff,

v.                                                     Case No.: 1:19−cv−00683

                                                                         Honorable Lindsay C. Jenkins

MidAmerican Energy Services, LLC, et al.

                Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, January 24, 2024:

      MINUTE entry before the Honorable Lindsay C. Jenkins:Jury trial held and continued to January 25, 2024 at 9:00 a.m. in Courtroom 2119. Mailed notice. (jlj, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.