## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois – CM/ECF NextGen 1.7.1.1
### Eastern Division

Ian Macleod

                        Plaintiff,

v.                                                       Case No.: 1:19−cv−00683
                                                                         Honorable Lindsay C. Jenkins

MidAmerican Energy Services, LLC, et al.

                        Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, January 24, 2024:

      MINUTE entry before the Honorable Lindsay C. Jenkins: The jury trial set for January 25, 2024 at 9:00 a.m. [168] is re−set for 9:15 a.m. **TIME CHANGE ONLY.** Mailed notice. (jlj, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.