

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| Ian MacLeod, <br><br> *Plaintiff*, <br><br> v. <br><br> MidAmerican Energy Services, LLC, <br><br> *Defendant*. | No. 19 CV 683 <br><br> Judge Lindsay C. Jenkins |

## JOINT STIPULATIONS

Plaintiff Ian MacLeod and Defendant MidAmerican Energy Services, LLC (collectively, the "Parties") have conferred and hereby stipulate to the following facts:

1. Plaintiff Ian MacLeod is a resident of the State of Illinois.
2. Plaintiff was employed at MidAmerican from September 13, 2017 through October 23, 2017.
3. David White was Plaintiff's direct supervisor.
4. On October 23, 2017, Plaintiff was provided a termination letter.
5. Plaintiff was not guaranteed commissions after his first 12 months.
6. Plaintiff was not guaranteed an annual raise.
7. Roger Berg was over 40 years old during the relevant period of time.
8. Kevin Fukumoto's date of birth is 12/28/1961.
9. Greg Gault's date of birth is 6/8/1993.
10. Rochelle Gobetz's date of birth is 6/11/1965.
11. Ann Harris's date of birth is 5/8/1978.

12. Steve Kim's date of birth is 7/25/1970.

13. Adam Lang's date of birth is 5/17/1989.

14. Ian MacLeod's date of birth is 9/21/1960.

15. Bob Reeter was over 40 years during the relevant period of time.

16. Andrew Spencer's date of birth is 9/17/1986.

17. Grant Suttie's date of birth was 8/23/1994.

You must treat these facts as having been proved for the purpose of this case.

Dated: January 24, 2024

| | |
|---|---|
| LANGONE LAW LLC | SEGAL McCAMBRIDGE SINGER & MAHONEY, LTD |
| By: /s/ Christopher Langone | By: /s/ Joseph Kish |
| Christopher Langone #6211105<br>Langone Law<br>205 North Michigan Ave., Ste. 810<br>Chicago, IL 60601<br>(312) 720-9191 | Joseph Kish # 6197916<br>Benjamin J. Nellans #6321205<br>Segal McCambridge Singer & Mahoney<br>233 South Wacker Drive, Suite 5500<br>Chicago, Illinois 60606<br>(312) 645-7800 |
| **ATTORNEY FOR PLAINTIFF IAN MACLEOD** | **ATTORNEYS FOR DEFENDANT MIDAMERICAN ENERGY SERVICES, LLC** |